# PLAINTIFF'S EXHIBIT LIST

| Case Number | 2:08-cr-00397-FMC-1 | Title USA v. Gary Weisberg |
|---|---|---|
| Judge | FLORENCE-MARIE COOPER | |
| Dates of Trial or Hearing | April 21, 22, 23, 2009 | |
| Court Reporters or Tape No. | Pat Cuneo and Kathy Stride | |
| Deputy Clerks | Alicia Mamer | |

*[Filed stamp: CLERK, U.S. DISTRICT COURT, APR 23 2009, CENTRAL DISTRICT OF CALIFORNIA, BY ___ DEPUTY]*

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| John Yzurdiaga, retained | Mani Dabiri |
| Leonard B Levine, retained | Elizabeth Yang |
| | Joey L Blanch |
| | |
| | |

| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | EXHIBIT DESCRIPTION / WITNESS | Called By/Date |
|---|---|---|---|---|---|---|---|
| | | | | | | see attached | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Column headers for exhibit section:

**Plaintiff(s) or Petitioner(s):** Ex. No. / Id. / Ev.
**Defendant(s) or Respondent(s):** Ex. No. / Id. / Ev

## UNITED STATES v. GARY WEISBERG
## CR 08-397-FMC
### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | WITNESS | DESCRIPTION | ID | IN EVID |
|---------|---------|-------------|-----|---------|
| 1. | Botello | Chat log of electronic communications with defendant on September 4, 2007 | | |
| 2. | Botello | Chat log of electronic communications with defendant on September 5, 2007 | | |
| 3. | Botello | Chat log of electronic communications with defendant on September 7, 2007 | | |
| 4. | Botello | Chat log of electronic communications with defendant on September 18, 2007 | | |
| 5. | Botello | Chat log of electronic communications with defendant on September 28, 2007 | | |
| 6. | Botello | Chat log of electronic communications with defendant on October 8, 2007 | | |
| 7. | Botello | Chat log of electronic communications with defendant on October 9, 2007 | | |
| 8. | Botello | Chat log of electronic communications with defendant on October 10, 2007 | | |
| 9. | Botello | Chat log of electronic communications with defendant on October 11, 2007 | | |
| 10. | Botello | Chat log of electronic communications with defendant on October 15, 2007 | | |
| 11. | Botello | Chat log of electronic communications with defendant on October 16, 2007 | | |

| EXHIBIT | WITNESS | DESCRIPTION | ID | IN EVID |
|---------|---------|-------------|-----|---------|
| 12. | Botello | First chat log of electronic communications with defendant on October 18, 2007 | ↑ | ↑ |
| 13. | Botello | Second chat log of electronic communications with defendant on October 18, 2007 | | |
| 14. | Botello | Chat log of electronic communications with defendant on October 19, 2007 | | |
| 15. | Botello | Chat log of electronic communications with defendant on October 23, 2007 | | |
| 16. | Botello | Chat log of electronic communications with defendant on October 27, 2007 | | |
| 17. | Botello | Chat log of electronic communications with defendant on November 26, 2007 | | |
| 18. | Botello | Chat log of electronic communications with defendant on November 29, 2007 | | |
| 19. | Botello | Chat log of electronic communications with defendant on January 31, 2008 | | |
| 20. | Botello | Chat log of electronic communications with defendant on March 11, 2008 | | |
| 21. | Botello | First chat log of electronic communications with defendant on March 12, 2008 | | |
| 22. | Botello | Second chat log of electronic communications with defendant on March 12, 2008 | | |
| 23. | Botello | Chat log of electronic communications with defendant on March 24, 2008 | ↓ | ↓ |

2

| EXHIBIT | WITNESS | DESCRIPTION | ID | IN EVID |
|---------|---------|-------------|-----|---------|
| 24. | Botello | Chat log of electronic communications with defendant on March 25, 2008 | | |
| 25. | Botello | Chat log of electronic communications with defendant on March 26, 2008 | | |
| 26. | Botello | Chat log of electronic communications with defendant on March 28, 2008 | | |
| 27. | Botello | Email from defendant to Megan dated October 9, 2007 | | |
| 28. | Botello | Email from Megan to defendant dated October 15, 2007 | | |
| 29. | Botello | Email from Megan to defendant dated October 23, 2007 | | |
| 30. | Botello | Reply email from defendant to Megan dated October 23, 2007 | | |
| 31. | Botello | Reply email from defendant to Megan dated October 25, 2007 | | |
| 32. | Botello | Reply email from defendant to Megan dated October 25, 2007 | | |
| 33. | Botello | Email from defendant to Megan dated November 2, 2007, and reply email from Megan to defendant dated November 5, 2007 | | |
| 34. | Botello | Reply email from defendant to Megan dated November 5, 2007 | | |
| 35. | Botello | Email from defendant to Megan dated November 15, 2007, and reply email from Megan to defendant dated November 15, 2007 | | |
| 36. | Botello | Reply email from defendant to Megan dated November 15, 2007 | | |

3

| EXHIBIT | WITNESS | DESCRIPTION | ID | IN EVID |
|---------|---------|-------------|-----|---------|
| 37. | Botello | Email from Megan to defendant dated December 19, 2007, and reply email from defendant to Megan dated December 20 2007 | | |
| 38. | Botello | Email from Megan to defendant dated January 2, 2008, and reply email from defendant to Megan dated January 4, 2008 | | |
| 39. | Botello | Email from defendant to Megan dated January 14, 2008; reply email from Megan to defendant dated January 17, 2008; and reply email from defendant to Megan dated January 17, 2008 | | |
| 40. | Botello | Email from defendant to Megan dated January 18, 2008 | | |
| 41. | Botello | Email from defendant to Megan dated January 24, 2008, and reply email from Megan to defendant dated January 25, 2008 | | |
| 42. | Botello | Email from defendant to Megan dated January 25, 2008, and reply email from Megan to defendant dated January 29, 2008 | | |
| 43. | Botello | Email from defendant to Megan dated February 1, 2008, and reply email from Megan to defendant dated February 1, 2008 | | |
| 44. | Botello | Email from defendant to Megan dated February 2, 2008, and reply email from Megan to defendant dated February 5, 2008 | | |

4

| EXHIBIT | WITNESS | DESCRIPTION | ID | IN EVID |
|---------|---------|-------------|-----|---------|
| 45. | Botello | Email from defendant to Megan dated February 25, 2008, and reply email from Megan to defendant dated March 10, 2008 | | |
| 46. | Botello | Email from defendant to Megan dated March 10, 2008, and reply email from Megan to defendant dated March 11, 2008 | | |
| 47. | Botello | Email from Megan to defendant dated March 14, 2008; reply email from defendant to Megan dated March 15, 2008; and reply email from Megan to defendant dated March 17, 2008 | APR 2 1 2009 | APR 2 1 2009 |
| 48. | Botello | Photograph sent by defendant of himself | APR 2 1 2009 | APR 2 1 2009 |
| 49. | Botello | Photograph sent by defendant of him and his wife | | |
| 50. | Botello | Photograph sent to defendant | | |
| 51. | Botello | Photograph sent to defendant | | |
| 52. | Botello | Photograph sent to defendant | | |
| 53. | Botello | Photograph sent to defendant | | |
| 54. | Botello | Photograph sent to defendant | APR 2 1 2009 | APR 2 1 2009 |
| 55. | Mullins | Chat log of electronic communications with defendant on October 11, 2006 | APR 2 2 2009 | APR 2 2 2009 |
| 56. | Annunziata | Chat log of electronic communications with defendant on November 15, 2006 | APR 2 2 2009 | APR 2 2 2009 |
| 57. | Walsh | Chat log of electronic communications with defendant on July 10, 2007 | APR 2 1 2009 | APR 2 1 2009 |
| 58 | Priest | log transcript | APR 2 2 2009 | APR 2 2 2009 |
| 59 | Botello | subpoena to Roadrunner | APR 2 2 2009 | APR 2 2 2009 |
| 60 | Botello | fax return AOL subpoena | APR 2 2 2009 | APR 2 2 2009 |